IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| **ROBERT G. MARCELLUS,** *et al.* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| v. | ) | Case No. 3:15-cv-481 |
| | ) | |
| **VIRGINIA STATE BOARD OF** | ) | |
| **ELECTIONS,** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEARANCE

Please take note that Anna T. Birkenheier, Assistant Attorney General in the Office of the Attorney General of Virginia, hereby enters an appearance as counsel of record on behalf of the Virginia State Board of Elections and James B. Alcorn, Clara Belle Wheeler, and Singleton McAllister, in their official capacities as Chairman, Vice-Chairman, and Secretary, respectively, of the Virginia State Board of Elections.

                                                      Respectfully submitted,

                                                      VIRGINIA STATE BOARD OF ELECTIONS
                                                      JAMES B. ALCORN
                                                      CLARA BELLE WHEELER
                                                      SINGLETON MCALLISTER

                                                      By: _____/s/ - Anna T. Birkenheier_____
                                                                       Counsel

Mark Herring
Attorney General of Virginia

Cynthia E. Hudson
Chief Deputy Attorney General

John W. Daniel II
Deputy Attorney General, Commerce, Environment and Technology Division

Kristina Perry Stoney
Senior Assistant Attorney General, Chief, Financial Law & Government Support Section

Joshua D. Heslinga
Assistant Attorney General

Anna T. Birkenheier (VSB # 86035)
Assistant Attorney General
*Attorney for the Virginia State Board of Elections and its members in their official capacity*
Office of the Attorney General
900 E. Main Street
Richmond, Virginia 23219
(804) 692-0558
abirkenheier@oag.state.va.us

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on August 24, 2015, I am electronically filing the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel and CM/ECF filing user:

    Patrick M. McSweeney
    McSWEENEY, CYNKAR & KACHOUROFF, PLLC
    3358 John Tree Hill Road
    Powhatan, Virginia 23139
    Tel (804) 937-0895
    Patrick@mck-lawyers.com
        *Counsel for Plaintiffs*

                              _____/s/_____
                              Anna T. Birkenheier (VSB # 86035)
                              *Attorney for the Virginia State Board of Elections and its*
                              *members in their official capacities*
                              Office of the Attorney General
                              900 E. Main Street
                              Richmond, Virginia 23219
                              (804) 692-0558
                              fax: (804) 692-1647
                              abirkenheier@oag.state.va.us