IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBERT G. MARCELLUS, *et al.*,

    Plaintiffs,

v.                                                      Civil Action No. 3:15cv481

VIRGINIA STATE BOARD OF ELECTIONS, *et al.*,

    Defendants.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, this Court DENIES Plaintiffs' Motion for a Preliminary Injunction. (ECF No. 3.)

Let the Clerk send a copy of this Order and the accompanying Memorandum Opinion to counsel of record.

It is SO ORDERED.

                                                                        /s/
                                                 M. Hannah Lauck
                                             United States District Judge

Richmond, Virginia
Date: 9-9-15