IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBERT G. MARCELLUS, et al.,

    Plaintiffs,

v.                                                Civil Action No. 3:15CV00481-MHL

VIRGINIA STATE BOARD OF ELECTIONS, et al.,

    Defendants.

## ORDER SETTING PRETRIAL CONFERENCE

Pursuant to Fed. R. Civ. P. 16(a) and 16(b) and Local Rule 16(B), a pretrial conference is scheduled in this action for <u>October 30, 2015</u> at <u>11:40 A.M.</u> Please report to the Courtroom of Judge Lauck, Sixth Floor, Spottswood W. Robinson, III and Robert R. Merhige, Jr. United States Courthouse, 701 East Broad Street, Richmond, Virginia. It is anticipated that the conference will last approximately five (5) minutes.

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26(A)(1), counsel: (1) shall confer not later than ten (10) days before the pretrial conference for the purposes required by Fed. R. Civ. P. 26(f); and, (2) shall report orally at the pretrial conference on the discovery plan required by 26(f).

At the conference, the case will be set for trial. Unless approved by the Court before the pretrial conference, counsel who will actually try the case or counsel with full decision-making authority shall attend the pretrial conference. Counsel attending shall be prepared to provide available dates for trial and motions for all counsel of record. In any event, counsel shall be knowledgeable of the facts and legal issues in the action and shall be prepared to set a firm trial

date. Absent extraordinary circumstances, pretrial conferences will not be conducted via telephone.

A settlement conference referral will be made at the time of the Initial Pretrial Conference. Counsel for each party, and a representative of each party with authority to conclude a settlement of this action, shall meet in person with the assigned magistrate judge to discuss settlement. The representative for a business entity (corporation, partnership or otherwise) must be an officer or employee not employed in the business entity's law department or general counsel's office, although such lawyers are welcome to attend with the other representative. Each counsel shall be prepared to present a cogent, brief summary of the issues of liability and damages. Counsel for each party shall be responsible to assure that the settlement conference is conducted as herein prescribed.

Issued at the direction of the Court.

By _____/s/_____
Lillian C. Charity, Deputy Clerk

Richmond, Virginia
Date: October 9, 2015

IF THIS CASE IS SETTLED PRIOR TO THE CONFERENCE, PLEASE CALL THE CLERK'S OFFICE AT 916-2234. THANK YOU.