**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**ROBERT G. MARCELLUS et al.,**

   **Plaintiffs,**

**v.**            **Civil Action No. 3:15-cv-481**

**VIRGINIA STATE BOARD OF ELECTIONS et al.,**

   **Defendants.**

**ADDITIONAL JOINT STIPULATIONS OF FACT**

The parties hereby stipulate as follows:

1. As of the 2010 census:

  i. The population of Virginia was 8,001,024.[1]

  ii. The working age population of Virginia was 5,170,410.[2]

  iii. There were at least 147,152 federal civilian employees.[3]

---

[1] U.S. Census Bureau, 2010 Demographic Profile – Virginia, *at* http://factfinder.census.gov/bkmk/table/1.0/en/DEC/10_DP/DPDP1/0400000US51 (accessed by choosing "General Population and Housing Characteristics" under the 2010 Census heading from http://factfinder.census.gov/bkmk/cf/1.0/en/state/Virginia/POPULATION/DECENNIAL_CNT).

[2] *See id.* (take the "18 years & over" number of 6,147,347 and subtract the "65 years & over" number).

[3] Office of Personnel Management EHRI-SDM, which covers most of the non-Postal Federal Executive Branch and some bodies in the legislative and judicial branches.  Go to http://www.fedscope.opm.gov/employment.asp and choose the December 2010 cube, then select United States => Virginia as a location filter.  The scope of EHRI-SDM's statistical coverage is described at http://www.fedscope.opm.gov/datadefn/aehri_sdm.asp#cpdf3

    2.  As of 2014:

        i.   The population of Virginia was estimated at 8,326,289.[4]

       ii.   The working age population of Virginia was approximately 5,312,172.[5]

      iii.   There were at least 132,613 federal civilian employees.[6]

---

[4]  *See* http://quickfacts.census.gov/qfd/states/51000.html

[5]  *See id.* (reducing the 2014 population estimate by 36.2%, the sum of the 22.4% "under 18 years" percentage and the 13.8% "65 years and over" percentage).

[6]  Office of Personnel Management EHRI-SDM, which covers most of the non-Postal Federal Executive Branch and some bodies in the legislative and judicial branches.  Go to http://www.fedscope.opm.gov/employment.asp and choose the December 2014 cube, then select United States => Virginia as a location filter.  The scope of EHRI-SDM's statistical coverage is described at http://www.fedscope.opm.gov/datadefn/aehri_sdm.asp#cpdf3

Respectfully submitted,

ROBERT G. MARCELLUS
DAVID WILLIAMS
BARRY HODGE
TIMOTHY GRESHAM
POWHATAN COUNTY
   REPUBLICAN COMMITTEE


By _____/s/_____
Patrick M. McSweeney (VSB No. 5669)
McSWEENEY, CYNKAR &
   KACHOUROFF, PLLC
3358 John Tree Hill Road
Powhatan, Virginia 23139
Tel. (804) 937-0895
Fax (703) 365-9593
*Patrick@mck-lawyers.com*

Attorney for Plaintiffs

VIRGINIA STATE BOARD OF ELECTIONS
JAMES B. ALCORN
CLARA BELLE WHEELER
SINGLETON MCALLISTER

By: _____/s/ - Joshua D. Heslinga_____
                    Counsel

Mark Herring
Attorney General of Virginia

Cynthia E. Hudson
Chief Deputy Attorney General

John W. Daniel II
Deputy Attorney General, Commerce, Environment and Technology Division

Heather Hays Lockerman
Senior Assistant Attorney General, Chief, Financial Law & Government Support Section

Joshua D. Heslinga (VSB # 73036)
Assistant Attorney General
jheslinga@oag.state.va.us

Anna T. Birkenheier (VSB # 86035)
Assistant Attorney General
abirkenheier@oag.state.va.us

*Attorneys for the Virginia State Board of Elections and its members in their official capacities*

Office of the Attorney General
900 E. Main Street
Richmond, Virginia 23219
(804) 786-3847
fax: (804) 692-1647

## <u>CERTIFICATE OF SERVICE</u>

I certify that on October 15, 2015, I electronically filed the foregoing with the Clerk of the District Court using the CM/EMF system, which will serve a copy on counsel of record for all parties.

_____/s/ - Joshua D. Heslinga_____