CIVIL NON-JURY TRIAL OR MOTION HEARING
MINUTE SHEET                                                    DATE: January 6, 2016

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: Robert G. Marcellus, et al. v. Virginia State Board of Elections, et al. | Civil Action No. 3:15CV00481<br><br>Judge: Lauck<br><br>Court Reporter: Diane Daffron, OCR |

MATTER COMES ON FOR: ( ) BENCH TRIAL ( ) MOTION HEARING ( X ) OTHER: _____

APPEARANCES:  Parties by (✓) with ( ) counsel     Pro Se ( )

MOTIONS BEFORE TRIAL: _____

## TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) ( )    DEFENDANT(S) ( )   Court ( )

OPENING STATEMENTS MADE ( )        OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( )   RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )    SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD (✓)

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )    MONETARY AWARD $ _____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS ( )

Court to issue written opinion

Counsel for Plaintiff(s):
Patrick McSweeney

Counsel for Defendants:
Joshua D. Heslinga / Anna T. Birkenheier

SET: 11:00  BEGAN: 11:05       ENDED: 12:09     TIME IN COURT: 1:04

RECESSES: