## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

**ROBERT G. MARCELLUS,** *et al.*

        **Plaintiffs,**

**v.**　　　　　　　　　　　　　　　　　　　　　　**Civil Action No. 3:15cv481**

**VIRGINIA STATE BOARD OF ELECTIONS,** *et al.*,

        **Defendants.**

### FINAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court GRANTS the Defendants' Motion for Summary Judgment (ECF No. 29) and DENIES Plaintiffs' Motion for Summary Judgment (ECF No. 31).

Plaintiffs are ADVISED that they have the right to appeal this decision. Should Plaintiffs desire to appeal, written notice of appeal must be filed with the Clerk of Court within thirty (30) days of the date of entry hereof.[1] Failure to file an appeal within that period may result in the loss of the right to appeal.

Let the Clerk send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

It is so ORDERED.

                                  /s/

                           M. Hannah Lauck
                        United States District Judge

Richmond, Virginia
Date: 3/4/16

---

[1] *See* Fed. R. App. P. 4(a)(1)(A).