# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| Robert G. Marcellus,<br>David Williams,<br>Barry Hodge,<br>Timothy Gresham and<br>Powhatan County Republican Committee,<br><br>          Plaintiffs,<br><br>          v.<br><br>Virginia State Board of Elections,<br>James B. Alcorn,<br>Clara Belle Wheeler and<br>Singleton B. McAllister,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:15-cv-00481 |

**NOTICE OF APPEAL**

Notice is hereby given that Robert G. Marcellus, David Williams, Barry Hodge, Timothy Gresham and Powhatan County Republican Committee, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the final order denying the plaintiffs' Motion for Summary Judgement and granting the defendants' Motion for Summary Judgment, which was entered in this action on March 4, 2016.


Date: March 25, 2016

                                                                               /s/
                                            _____
                                            Patrick M. McSweeney (Va. St. Bar No. 5669)
                                            McSWEENEY, CYNKAR
                                              & KACHOUROFF. PLLC
                                            Attorney for plaintiffs
                                            3358 John Tree Hill Road
                                            Powhatan, Virginia 23139
                                            Patrick@mck-lawyers.com
                                            (804) 937-0895

CERTIFICATE OF SERVICE

I certify that, on March 25, 2016, I am electronically filing the foregoing document with the Clerk of Court using the CM/ECF system, which will serve such filing on counsel of record:

    Joshua D. Heslinga (*jheslinga@oag.state.va.us*)
    Anna T. Birkenheier (*abirkenheier@oag.state.va.us*)
    *Attorneys for the Virginia State Board of Elections*
    *and its members in their official capacities*
    Office of the Attorney General of Virginia
    900 E. Main Street
    Richmond, Virginia 23219.

I certify that I have also emailed a true copy of the foregoing document to counsel for the Defendants at the addresses shown above,

                                                               /s/

                                    Patrick M. McSweeney (VSB # 5669)
                                    McSWEENEY, CYNKAR
                                    & KACHOUROFF, PLLC
                                    3358 John Tree Hill Road
                                    Powhatan, Virginia 23139
                                    Patrick@mck-lawyers.com
                                    (804) 937-0895
                                            *Counsel for Plaintiffs*